```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
  IN RE:                                      CASE NO. 07 B 09343
     CAROLYN M ALEXANDER
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

           Debtor
     SSN XXX-XX-0263


  ------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
  ------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

       1.  The case was filed on 05/23/07 and confirmed on 09/27/07.

       2.  The case was converted to Chapter 7 after confirmation, 02/23/2008.

       3.  The Debtor paid a total of $   3553.50 .

       4.  The Trustee made disbursements to creditors as follows:


  ------------------------------------------------------------------------
  CREDITOR NAME           CLASS           CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
  ------------------------------------------------------------------------
  LITTON LOAN SERVICING IN CURRENT MORTG       .00           .00             .00
  LITTON LOAN SERVICING IN SECURED             .00           .00             .00
  LITTON LOAN SERVICING IN MORTGAGE ARRE   27151.15          .00          175.59
  AMERICAN GENERAL FINANCE NOTICE ONLY     NOT FILED         .00             .00
  INTERNAL REVENUE SERVICE PRIORITY         4398.47          .00             .00
  AMERICAN GENERAL FINANCE UNSECURED           .00           .00             .00
  ASSET ACCEPTANCE CORP    UNSECURED        1226.71          .00             .00
  BALLYS TOTAL FITNESS     UNSECURED       NOT FILED         .00             .00
  CAPITAL ONE BANK         UNSECURED         920.13          .00             .00
  ROUNDUP FUNDING LLC      UNSECURED         681.12          .00             .00
  WELLS FARGO FINANCIAL II UNSECURED       NOT FILED         .00             .00
  WELLS FARGO FINANCIAL II UNSECURED       NOT FILED         .00             .00
  LANE BRYANT              UNSECURED       NOT FILED         .00             .00
  ROUNDUP FUNDING LLC      UNSECURED         479.69          .00             .00
  US DEPT OF EDUCATION     UNSECURED        4564.36          .00             .00
  WELLS FARGO FINANCIAL IN UNSECURED        1460.00          .00             .00
  WELLS FARGO FINANCIAL IN UNSECURED        3191.72          .00             .00
  INTERNAL REVENUE SERVICE UNSECURED        6640.42          .00             .00
           Summary of disbursements:

                    SECURED      PRIORITY     UNSECURED        OTHER          TOTAL
  ------------------------------------------------------------------------
  TOTAL CLMS ALLOWED  27151.15      4398.47     19164.15         .00        50713.77
  PRINCIPAL PAID        175.59         .00          .00          .00          175.59
  INTEREST PAID            .00         .00          .00          .00             .00
  TOTAL PAID            175.59         .00          .00          .00          175.59
  The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $    3500.00
  and was paid $    766.00  direct and $    2734.00  through the plan.

  The Trustee received $     143.91 .
```

Refunds to the Debtor totaled $   500.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 05/20/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE